**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: TESTOSTERONE** | **)** | |
| **REPLACEMENT THERAPY** | **)** | **MDL Case No. 14 C 1748** |
| **PRODUCTS LIABILITY LITIGATION** | **)** | **MDL No. 2545** |

**This document relates to Case No. 1:17-cv-00789, Collins et al v. AbbVie Inc. et al.**

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**

Notice is hereby given that, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, Mark A. Collins and Lisa Collins, by and through their undersigned counsel hereby give notice of their voluntary dismissal of their action against Defendant Solvay S.A. only, without prejudice and without costs or attoneys' fees to any party. Plaintiff's claims against the other defendants remain pending, and in full force and effect.

Dated: March 13, 2017

Respectfully submitted,

BY: /s/ Catherine Heacox
W. Mark Lanier (TX #11934600; NY #4327284)
Richard Meadow (NY Bar #1963578)
Catherine Heacox (NY Bar #2971445)
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, New York 10022
Telephone: (212) 421-2800
Facsimile: (212) 421-2878
Email: WML@lanierlawfirm.com
Email: RDM@lanierlawfirm.com
Email: CTH@lanierlawfirm.com

**Attorneys for Plaintiff**